

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2021

No. 04-20-00347-CV

**IN THE INTEREST OF E.A.C., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-06011
Honorable Aaron Haas, Judge Presiding

# O R D E R

    Appellee's motion to dismiss and/or affirm is CARRIED WITH THE APPEAL. Appellee's motion for an extension of time to file his brief is GRANTED. Appellee's brief is due on or before **June 15, 2021**.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court